UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **LOUIS MELBERT #104427** | **CIVIL ACTION NO. 25-1604 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **USA ET AL** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 8), and having thoroughly reviewed the record, including the letter submitted by the plaintiff (Doc. 10), and concurring with the findings of the Magistrate Judge under applicable law;

**IT IS HEREBY ORDERED** that the Complaint (Doc. 5) is **DENIED,** and this civil action is **DISMISSED WITH PREJUDICE** as to all claims except the negligence claim, which is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to pursue the claim in state court.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS ORDERED AND SIGNED in Chambers this 5th day of February, 2026.

*[signature: Jerry Edwards, Jr.]*

**JUDGE JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT COURT**